**Order entered December 1, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-20-00876-CV

### CECILIA SOO AND KEN SOO, Appellants

### V.

### TIMOTHY G. PLETTA, TRUSTEE, FOR AND ON BEHALF OF THE ANN H. PLETTA AND TIMOTHY G. PLETTA REVOCABLE TRUST, AND TIMOTHY G. PLETTA, INDIVIDUALLY, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06816**

### ORDER

Before the Court is appellants' November 25, 2020 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **January 15, 2021**. We caution appellants that further requests for extension in this accelerated appeal will be disfavored.

/s/ ERIN A. NOWELL
JUSTICE